UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:04-60

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS.  **OPINION AND ORDER** | |
| PAUL B. McQUEEN, JR. | DEFENDANT |

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Recommended Disposition (DE 62) filed by United States Magistrate Judge Hanly A. Ingram. Defendant Paul B. McQueen, Jr., allegedly violated the terms of his supervised release and a warrant issued based on those alleged violations. (DE 54.) This matter was referred to Judge Ingram to conduct a final revocation hearing and recommend a proposed disposition of the matter. (*See* Standing Order dated October 3, 2011.)

Pursuant to the referral order, Judge Ingram conducted a final revocation hearing on November 5, 2012 (DE 59), and issued his Recommended Disposition (DE 62) the same week. The Recommended Disposition directs the parties to 28 U.S.C. § 636(b)(1), which requires any objections be filed within fourteen days of service. Neither party has filed objections, nor sought an extension of time to do so. Defendant, however, has filed a Waiver (DE 63) of his right to allocution before the district court.

Generally, this Court makes a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). However, this Court is not

required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Furthermore, parties who fail to object to a Magistrate's report and recommendation are barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947, 949-950 (6th Cir. 1981). Nevertheless, this Court, has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is HEREBY ORDERED as follows:

(1) The Recommended Disposition (DE 62) as to Paul B. McQueen, Jr., is ADOPTED as and for the Opinion of the Court;

(2) Defendant Paul B. McQueen, Jr., is found to have violated the terms of his Supervised Release as set forth in Violations 1 and 2 of the Petition filed by the United States Probation Office;

(3) Defendant's Supervised Release is REVOKED;

(4) Defendant, Paul B. McQueen, Jr., is SENTENCED to the custody of the Bureau of Prisons for a term of imprisonment of five (5) months, with an additional supervised release term of twenty-nine (29) months. While on supervised release, Defendant shall be subject to the conditions imposed by the Court's Judgment (DE 52) dated March 23, 2012; and

(5) Judgment shall be entered concurrently herewith.

Dated this 2nd day of January, 2013.



Signed By:
*Karen K. Caldwell*
United States District Judge